B6D (Official Form 6D) (12/07)

IN RE **Couvertier, Esther**                                                        Case No. **13-37524-RAM**
                          Debtor(s)                                                                    (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5120020368361** <br><br> **Wfhm** <br> **Loan Service Credi** <br> **San Antonio, TX  78265** | | | **MORTGAGE ACCOUNT OPENED 4/2003** <br> **First Mortgage on Investment property located at:** <br> **9010 SW 125 AVE #G306 MIAMI FL. 33186** <br><br><br> VALUE $ **69,440.00** | | | | **91,875.00** | **22,435.00** |
| ACCOUNT NO. **5120026072793** <br><br> **Wfhm** <br> **Loan Service Credi** <br> **San Antonio, TX  78265** | | | **MORTGAGE ACCOUNT OPENED 7/2004** <br> **First Mortgage on Investement Property located at :** <br> **600 NE 36 ST 1007 Miami, Fl. 33137** <br><br><br> VALUE $ **133,540.00** | | | | **166,250.00** | **32,710.00** |
| ACCOUNT NO. **5120045276151** <br><br> **Wfhm** <br> **Loan Service Credi** <br> **San Antonio, TX  78265** | | | **MORTGAGE ACCOUNT OPENED 2/2007** <br> **First Mortgage on Homestead Property located at:** <br> **3440 NE 192 ST #3G-A AVENTURA FL. 33180.** <br><br><br> VALUE $ **103,150.00** | | | | **248,485.00** | **145,335.00** |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |

_____ **0** continuation sheets attached

| | Subtotal (Total of this page) | $ **506,610.00** | $ **200,480.00** |
|---|---|---|---|
| | Total (Use only on last page) | $ **506,610.00** | $ **200,480.00** |

(Report also on Summary of Schedules.)            (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

**IN RE** Couvertier, Esther _____     Case No. **13-37524-RAM** _____
                    Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4862367131218135** <br><br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA  23285** | | | **REVOLVING ACCOUNT OPENED 12/2003** | | | | **0.00** |
| ACCOUNT NO. **4185-5060-0661-3140** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE  19850** | | | **REVOLVING ACCOUNT OPENED 1/1998** | | | | **6,810.00** |
| ACCOUNT NO. **542418103794** <br><br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD  57117** | | | **REVOLVING ACCOUNT OPENED 3/1994** | | | | **0.00** |
| ACCOUNT NO. **291387434** <br><br> **Comenity Bank/vctrssec** <br> **Po Box 182789** <br> **Columbus, OH  43218** | | | **REVOLVING ACCOUNT OPENED 4/2005** | | | | **0.00** |

_____ **3** continuation sheets attached

|  | Subtotal <br> (Total of this page) | $ | **6,810.00** |
|---|---|---|---|
|  | Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Couvertier, Esther _____  Case No. **13-37524-RAM** _____
                Debtor(s)                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6011-0040-2064-5905**<br><br>**Discover Fin Svcs Llc**<br>**Pob 15316**<br>**Wilmington, DE  19850** | | | **REVOLVING ACCOUNT OPENED 10/1994** | | | | **9,952.00** |
| ACCOUNT NO. **4761627296520**<br><br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH  45040** | | | **REVOLVING ACCOUNT OPENED 12/1979** | | | | **1,500.00** |
| ACCOUNT NO. **436613303910**<br><br>**First Usa Bank**<br>**2500 Westfield Dr**<br>**Elgin, IL  60124** | | | **REVOLVING ACCOUNT OPENED 2/1995** | | | | **0.00** |
| ACCOUNT NO. **7061591044055282**<br><br>**Gecrb/chevron**<br>**4125 Windward Plaza**<br>**Alpharetta, GA  30005** | | | **REVOLVING ACCOUNT OPENED 7/2000** | | | | **0.00** |
| ACCOUNT NO. **6045870227910304**<br><br>**Gecrb/dillards**<br>**Po Box 965024**<br>**Orlando, FL  32896** | | | **REVOLVING ACCOUNT OPENED 2/1999** | | | | **224.00** |
| ACCOUNT NO. **6008892387332386**<br><br>**Gecrb/jcp**<br>**Po Box 984100**<br>**El Paso, TX  79998** | | | **REVOLVING ACCOUNT OPENED 7/2000** | | | | **124.00** |
| ACCOUNT NO. **70403660054840001**<br><br>**Lexus Financial Servic**<br>**12735 Morris Road Ext #**<br>**Alpharetta, GA  30004** | | | **INSTALLMENT ACCOUNT OPENED 6/2001** | | | | **0.00** |

Sheet no. ____**1**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **11,800.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Couvertier, Esther _____    Case No. **13-37524-RAM** _____

Debtor(s)                                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **11124000103604**<br><br>**Regions Bank**<br>**8900 Sw 107th Ave**<br>**Miami, FL  33176** | | | **INSTALLMENT ACCOUNT OPENED 4/2005** | | | | 0.00 |
| ACCOUNT NO. **65180981**<br><br>**Sears/cbna**<br>**Po Box 6189**<br>**Sioux Falls, SD  57117** | | | **REVOLVING ACCOUNT OPENED 3/1996** | | | | 0.00 |
| ACCOUNT NO. **10000124000103604**<br><br>**Union Planters Natl Ba**<br>**7130 Goodlett Farms Pkwy**<br>**Cordova, TN  38016** | | | **UNKNOWN ACCOUNT OPENED 4/2005** | | | | 0.00 |
| ACCOUNT NO. **4308513031009916**<br><br>**Visdsnb**<br>**9111 Duke Blvd**<br>**Mason, OH  45040** | | | **REVOLVING ACCOUNT OPENED 10/2001** | | | | 0.00 |
| ACCOUNT NO. **5120025139684**<br><br>**Wfhm**<br>**Loan Service Credi**<br>**San Antonio, TX  78265** | | | **MORTGAGE ACCOUNT OPENED 6/2004** | | | | 141,000.00 |
| ACCOUNT NO. **5120021115274**<br><br>**Wfhm**<br>**Loan Service Credi**<br>**San Antonio, TX  78265** | | | **REVOLVING ACCOUNT OPENED 6/2003** | | | | 0.00 |
| ACCOUNT NO. **5120021115266**<br><br>**Wfhm**<br>**Loan Service Credi**<br>**San Antonio, TX  78265** | | | **MORTGAGE ACCOUNT OPENED 6/2003** | | | | 0.00 |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **141,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Couvertier, Esther                                                                                        Case No. **13-37524-RAM**
Debtor(s)                                                                                                (If known)

**AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5120027577758** <br><br> **Wfhm** <br> **Loan Service Credi** <br> **San Antonio, TX  78265** | | | **CREDITLINE ACCOUNT OPENED 11/2004** | | | | **23,000.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ **23,000.00** |
|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **182,610.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1     **Esther  Couvertier**

               First Name              Middle Name           Last Name

Debtor 2

(Spouse, if filing)   First Name            Middle Name         Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number    **13-37524-RAM**

(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

**12/13**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Director** | |
| Employer's name | **De Hostos Senior Center** | |
| Employer's address | **2902 NW 2nd Ave**<br>Number   Street | Number   Street |
| | **Miami, FL  33127-0000**<br>City       State    ZIP Code | City       State    ZIP Code |
| How long employed there? | **19 years** | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $ **6,929.99** | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ **0.00** | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.   $ **6,929.99** | $_____ |

Debtor 1    **Esther  Couvertier**_____    Case number (*if known*) **13-37524-RAM**_____
First Name        Middle Name        Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................................➜ | 4. | $ __6,929.99__ | $_____ |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____906.22 | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____0.00 | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____0.00 | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____0.00 | $_____ |
| 5e. **Insurance** | 5e. | $_____0.00 | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____0.00 | $_____ |
| 5g. **Union dues** | 5g. | $_____0.00 | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $_____0.00 | + $_____ |
| 6. **Add the payroll deductions**. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $_____906.22 | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $____6,023.77 | $_____ |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $____2,345.00    $_____

8b. **Interest and dividends**    8b.    $_____0.00    $_____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $_____0.00    $_____

8d. **Unemployment compensation**    8d.    $_____0.00    $_____

8e. **Social Security**    8e.    $_____0.00    $_____

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.    $____1,721.00    $_____

Specify: __**Social Security**_____    8f.

8g. **Pension or retirement income**    8g.    $_____0.00    $_____

8h. **Other monthly income.** Specify: _____    8h.    + $_____0.00    + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $____4,066.00    $_____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $__10,089.77 + $_____ = $____10,089.77

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11.    + $_____0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ __10,089.77__
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: __**None**__

**Fill in this information to identify your case:**

Debtor 1    **Esther  Couvertier**
_____    _____    _____
First Name                 Middle Name                Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number    **13-37524-RAM**
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent.......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

| | | **Your expenses** |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ **1,441.00** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ **50.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ **0.00** |

Debtor 1    **Esther  Couvertier**_____ _____ _____    Case number (*if known*) **13-37524-RAM**____ _____
            First Name      Middle Name      Last Name

|  |  | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** |  |
| | 6a. Electricity, heat, natural gas | 6a. | $ 150.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 0.00 |
| | 6d. Other. Specify: **See Schedule Attached**_____ | 6d. | $ 210.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 540.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. | **Personal care products and services** | 10. | $ 0.00 |
| 11. | **Medical and dental expenses** | 11. | $ 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 346.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 70.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 286.00 |
| | 15c. Vehicle insurance | 15c. | $ 166.00 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** |  |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| | 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** |  |
| | 20a. Mortgages on other property | 20a. | $ 2,345.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    **Esther  Couvertier**_____ _____ _____          Case number (*if known*) **13-37524-RAM**_____
      <sub>First Name</sub>      <sub>Middle Name</sub>      <sub>Last Name</sub>

---

21.   **Other**. Specify: __See Schedule Attached_____          21.   **+**$_____**3,591.00**_____

22.   **Your monthly expenses.** Add lines 4 through 21.
      The result is your monthly expenses.                                        22.   $_____**9,395.00**_____

23.   **Calculate your monthly net income.**

    23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*        23a.   $_____**10,089.77**_____

    23b.   Copy your monthly expenses from line 22 above.                        23b.   **−**$_____**9,395.00**_____

    23c.   Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.                           23c.   $_____**694.77**_____

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.   **None**

IN RE **Couvertier, Esther**                                                                                    Case No. **13-37524-RAM**

Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities
| | |
|---|---:|
| **Cable, Internet & Phone** | **130.00** |
| **Cellular Phone** | **80.00** |

Other Expenses
| | |
|---|---:|
| **Payment Towards Investment Property 9010 SW 125 Ave** | **600.00** |
| **Home Owner Association** | **600.00** |
| **Housekeeping Supply** | **30.00** |
| **Personal Care** | **70.00** |
| **Home Owner Association For Investment Properties** | **1,075.00** |
| **Payment Towards Investment Property 600 NE 36 St** | **1,100.00** |
| **Misc. Expenses** | **116.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only